UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No.: 3:03 CR 280 (EBB)<br>)<br>) |
| MARVIN TERRY KATZ | )<br>) October 11, 2006<br>) |

## MOTION TO TERMINATE PROBATION

Terry Katz, the defendant in the above entitled case, moves the court for an order terminating his probation in this matter. In support of this motion, the defendant represents:

1. On February 5, 2004, pursuant to his plea of guilty, the defendant was sentenced to this court to a term of probation for four years, and was also ordered to pay a fine in the amount of $6,000.00. The fine has been paid in full. Additionally, a special assessment in the amount of $100.00 was imposed, which has been paid in full.

2. To date, the defendant has been on probation and has been successful. He is employed, has reported as required, and has been in compliance with all of the conditions imposed upon him by his probation officer.

3. Wherefore, it appears that the purpose of probation has been fulfilled, and that the defendant qualifies for an early termination of his probation.

HJP/32656/2/79851v1
10/11/06-SPT/

Respectfully Submitted,

By/s/Harold James Pickerstein (ct05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
hpickerstein@pepehazard.com

HJP/32656/2/79851v1
10/11/06-SPT/

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, this 11th day of October, 2006 to:

Peter S. Jongbloed
United States Attorney's Office
157 Church Street, 23rd fl.
New Haven, CT 06510

By/s/Harold James Pickerstein (ct05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
hpickerstein@pepehazard.com

HJP/32656/2/79851v1
10/11/06-SPT/